UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRACY BOWEN,
    *Plaintiff,*

vs.

CENTURION OF FLORIDA, LLC, et al.,
    *Defendants.*
_____/

CASE NO. 3:20cv5823-TKW/EMT

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff Tracy Bowen hereby notifies this Honorable Court that the parties have reached a settlement in principle. The settlement documents are currently being prepared, and the parties will file a Stipulation of Dismissal with Prejudice upon consummation of the settlement.

Respectfully submitted this 10th day of June, 2021.

                                                    **TEIN MALONE PLLC**
                                                  *Counsel for Plaintiff*

                                                  */s/ Gaye L. Huxoll*
                                                  Gaye L. Huxoll
                                                  Florida Bar No. 149497
                                                  ghuxoll@teinmalone.com
                                                  (305) 442-1101