UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TRACY BOWEN**,

    **Plaintiff**,

v.                                  Case No. 3:20cv5823-TKW-EMT

**CENTURION OF FLORIDA, LLC**, and **MHM HEALTH PROFESSIONALS, LLC**,

    **Defendants**.

_____/

## ORDER PLACING CASE IN ABEYANCE

Based on Plaintiff's notice of settlement (Doc. 26), it is **ORDERED** that this case is placed in abeyance, and the parties shall file a status report 30 days from the date of this Order (and every 30 days thereafter) if a stipulation of dismissal is not filed by then.

**DONE and ORDERED** this 10th day of June, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**